1  AARON M. CLEFTON, Esq. (SBN 318680)
   REIN & CLEFTON, Attorneys at Law
2  1423 Broadway #1133
   Oakland, CA 94612
3  Telephone: 510/832-5001
   Facsimile: 510/832-4787
4  info@reincleftonlaw.com

5  Attorneys for Plaintiff
   JAMES LLEWELLYN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JAMES LLEWELLYN, | Case No. 3:23-cv-00976-JCS |
|---|---|
| Plaintiff, | Civil Rights |
| v. | **COURT ENFORCEABLE SETTLEMENT AGREEMENT AND [PROPOSED] ORDER FOR INJUNCTIVE RELIEF** |
| ANDY S SALOON CORPORATION dba CJ'S SALOON; OLD COURTHOUSE PROPERTIES INVESTMENT, LLC, | |
| Defendants. | Action Filed: March 3, 2023 |

1.      Plaintiff JAMES LLEWELLYN filed a Complaint in this action on March 3, 2023, to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California civil rights laws and to obtain recovery of damages for discriminatory experiences, denial of access, and denial of civil rights against Defendants ANDY S SALOON CORPORATION dba CJ'S SALOON and OLD COURTHOUSE PROPERTIES INVESTMENT, LLC. Plaintiff has alleged that Defendants violated Title III of the ADA; Sections 51, 52, 54, 54.1, and 54.3 of the California Civil Code; and Health and Safety Code §§ 19953 *et. seq.* by failing to provide full and equal access to patrons at CJ's Saloon, located at 548 Contra Costa Blvd., Pleasant Hill, California.

2.      In order to avoid the costs, expense, and uncertainty of protracted litigation, Plaintiff ANDY S SALOON CORPORATION dba CJ'S SALOON and OLD COURTHOUSE PROPERTIES INVESTMENT, LLC (together sometimes the "Signing

1  Parties") agree to entry of this Court Enforceable Settlement Agreement and Order to resolve
2  all claims regarding injunctive relief raised in the Complaint without the need for protracted
3  litigation.  Accordingly, the Signing Parties agree to the entry of this Order without trial or
4  further adjudication of any issues of fact or law concerning Plaintiff's claims for relief.  The
5  Signing Parties have reached a separate settlement agreement regarding Plaintiff's claims for
6  damages, attorneys' fees, and litigation expenses, which agreement fully and finally resolves
7  Plaintiff's claims for damages, including attorneys' fees and litigation costs and expenses
8  against Defendants.
9  **JURISDICTION:**
10       3.      The Signing Parties to this Court Enforceable Settlement Agreement and
11  Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331
12  for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. sections
13  12101 *et seq.* and pursuant to supplemental jurisdiction for alleged violations of California
14  Civil Code sections 51, 54, and 54.1.
15       WHEREFORE, the Signing Parties to this Court Enforceable Settlement Agreement
16  hereby agree and stipulate to the Court's entry of this Court Enforceable Settlement
17  Agreement and Order, which provide as follows:
18  **SETTLEMENT OF INJUNCTIVE RELIEF:**
19       4.      This Order shall be a full, complete, and final disposition and settlement of
20  Plaintiff's claims against Defendants for injunctive relief that have arisen out of the subject
21  Complaint.
22       5.      The Parties agree and stipulate that the corrective work will be performed in
23  compliance with the standards and specifications for disabled access as set forth in the
24  California Code of Regulations, Title 24-2, and Americans with Disabilities Act Standards
25  for Accessible Design, unless other standards are specifically agreed to in this Court
26  Enforceable Settlement Agreement and Order.
27       a.     **Physical Remedial Measures and Administrative Procedures:**
28             i.     Defendants shall make the restroom a unisex restroom.

- 2 -

|   |   |   |
|---|---|---|
| | ii. | Defendants shall remove all toilet stall partitions in restroom. |
| | iii. | Defendants shall install an automatic door opener at the restroom door to solve the strike edge clearance issue. |
| | iv. | Defendants shall relocate the toilet paper dispenser to 7-9 inches in front of the toilet, between 15-18 above the finished floor. |
| | v. | Defendants shall install a lowered section of the bar, for example a shelf on a hinge. |
| | vi. | Defendants shall install a compliant ramp to the exterior seating area. |
| b. | **Timing**: | Defendants will complete remediation of each item above by June 1, 2024. If unforeseen difficulties prevent Defendants from completing any of the agreed-upon injunctive relief, Defendants or its counsel will notify Plaintiff's counsel in writing within seven (7) days of discovering the delay. Plaintiff will have thirty (30) days to investigate and meet and confer with Defendants, and to approve the delay by stipulation or otherwise respond to Defendants' notice. If the Parties cannot reach agreement regarding the delay within that time period, Plaintiff may seek enforcement by the Court. Plaintiff understands and agrees that the injunctive relief promised by Defendants in this Stipulation requires the approval and cooperation of third parties, such as local government permitting officials, and that while Defendants will do everything in its power to facilitate the promised remediation by the deadline specified above, there may be unforeseen delays caused by third parties not under the control of Defendants. |
| c. | | If Defendants fail to provide injunctive relief on the agreed upon timetable and Plaintiff files a motion with the Court to obtain compliance with these terms, the Parties agree to Plaintiff's right to |

- 3 -

|   |   |
|---|---|
| 1 | seek additional attorney's fees for any compliance work necessitated |
| 2 | by Defendants' failure to keep this agreement. Defendants reserve the |
| 3 | right to oppose any such requests. If the Parties disagree, the parties |
| 4 | agree to participate in a Magistrate Judge-conducted Settlement |
| 5 | Conference for the purposes of resolving the disputed fees. If the |
| 6 | Settlement Conference fails to resolve the fee dispute, Plaintiff can |
| 7 | seek an order directing the Defendants to pay Plaintiff's reasonably |
| 8 | incurred fees for the enforcement. |

**DAMAGES, ATTORNEYS' FEES, LITIGATION EXPENSES, AND COSTS:**

6. The Parties have reached a separate settlement agreement regarding Plaintiff's claims for damages, attorneys' fees, and litigation expenses, which agreement fully and finally resolves Plaintiff's claims for damages, including attorneys' fees and litigation costs and expenses against Defendants. The Parties request that the Court retain jurisdiction to enforce that monetary settlement agreement.

**ENTIRE COURT ENFORCEABLE SETTLEMENT AGREEMENT AND ORDER:**

7. This Court Enforceable Settlement Agreement and Order constitute the entire agreement between the Signing Parties on the matters of injunctive relief, and no other statement, promise, or agreement, either written or oral, made by any of the Signing Parties or agents of any of the Signing Parties that is not contained in this written Court Enforceable Settlement Agreement and Order, shall be enforceable regarding the matters of injunctive relief described herein.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:**

8. Each of the Signing Parties to this Court Enforceable Settlement Agreement and Order understands and agrees that there is a risk and possibility that, subsequent to the execution of this Court Enforceable Settlement Agreement and Order, any or all of them will incur, suffer, or experience some further loss or damage with respect to the lawsuit that is unknown or unanticipated at the time this Court Enforceable Settlement Agreement and Order is signed. Except for all obligations required in this Court Enforceable Settlement

Agreement and Order, the Signing Parties intend that this Court Enforceable Settlement Agreement and Order apply to all such further loss with respect to the lawsuit, except those caused by the Signing Parties subsequent to the execution of this Court Enforceable Settlement Agreement and Order. Therefore, except for all obligations required in this Court Enforceable Settlement Agreement and Order, this Court Enforceable Settlement Agreement and Order shall apply to and cover any and all claims, demands, actions, and causes of action by the Signing Parties to this Court Enforceable Settlement Agreement with respect to the lawsuit, whether the same are known, unknown, or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section 1542 provides as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

9. Except for all obligations required in this Court Enforceable Settlement Agreement and Order each of the Signing Parties to this Court Enforceable Settlement Agreement and Order, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners, and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit.

**TERM OF THE COURT ENFORCEABLE SETTLEMENT AGREEMENT AND ORDER:**

10. This Court Enforceable Settlement Agreement and Order shall be in full force and effect for a period of twelve (12) months after the date of entry of this Court Enforceable Settlement Agreement and Order by the Court.

**SEVERABILITY:**

11. If any term of this Court Enforceable Settlement Agreement and Order is determined by any court to be unenforceable, the other terms of this Court Enforceable Settlement Agreement and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND SIGNING PARTIES:**

12. Signatories on the behalf of the Signing Parties represent that they are authorized to bind the Signing Parties to this Court Enforceable Settlement Agreement and Order. This Court Enforceable Settlement Agreement and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

**END OF PAGE.
SIGNATURES CONTINUE ON THE NEXT PAGE AND ORDER IS AT THE END OF THE DOCUMENT.**

```
 1  Dated: 12/21/2023              PLAINTIFF JAMES LLEWELLYN
 2
 3                                 [signature]
                                   JAMES LLEWELLYN
 4
 5  Dated: 12/22/23                DEFENDANT ANDY S SALOON
                                   CORPORATION dba CJ'S SALOON
 6
 7
                                   By: [signature]
 8                                 Print name:
                                   Title:
 9
10  Dated: 12/21/23                DEFENDANT OLD COURTHOUSE
                                   PROPERTIES INVESTMENT, LLC
11
12
                                   By: [signature] John Tsern (Dec 21, 2023 15:20 PST)
13                                 Print name: John Tsern
                                   Title:      Manager
14
15  Approved as to form:
16  Dated: 12/21/2023              REIN & CLEFTON
17                                 [signature] Aaron Clefton, Esq.
18                                 By: AARON M. CLEFTON, ESQ.
                                   Attorneys for Plaintiff
19                                 JAMES LLEWELLYN
20
21  Dated: 12/21/2023              LAW OFFICE OF RICK MORIN, PC
22
                                   [signature]
23
                                   By: RICK MORIN, ESQ.
24                                 Attorneys for Defendants
                                   ANDY S SALOON CORPORATION dba CJ'S
25                                 SALOON and OLD COURTHOUSE
                                   PROPERTIES INVESTMENT, LLC
26
27
28
                                  - 7 -
```

1
2

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3
4

Dated: _____, 2023

_____
Honorable Joseph C. Spero
U.S. Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28