```
PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:      510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JAMES LLEWELLYN

Richard Morin (SBN 285275)
Law Office of Rick Morin P.C.
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorneys for Defendants
ANDY S SALOON CORPORATION dba CJ'S SALOON; OLD COURTHOUSE
PROPERTIES INVESTMENT, LLC
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LLEWELLYN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDY S SALOON CORPORATION dba CJ'S SALOON; OLD COURTHOUSE PROPERTIES INVESTMENT, LLC,<br><br>    Defendants. | Case No. 3:23-cv-00976-JCS<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: March 3, 2023 |

**STIPULATION**

Plaintiff JAMES LLEWELLYN ("Plaintiff") and Defendants ANDY S SALOON CORPORATION dba CJ'S SALOON; OLD COURTHOUSE PROPERTIES INVESTMENT, LLC ("Defendants") – Plaintiffs and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned

- 2 -

1  action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and
2  costs.
3  **IT IS SO STIPULATED.**

5  Dated: January 4, 2024                           REIN & CLEFTON

                                                   */s/ Aaron M. Clefton*
7                                                  By: AARON M. CLEFTON, ESQ.
                                                   Attorneys for Plaintiff
8                                                  JAMES LLEWELLYN

10 Dated: January 4, 2024                          LAW OFFICES OF RICK MORIN P.C.

                                                   */s/ Rick Morin*
12                                                 By: RICK MORIN, ESQ.
                                                   Attorneys for Defendants
13                                                 ANDY S SALOON CORPORATION dba
                                                   CJ'S SALOON; OLD COURTHOUSE
14                                                 PROPERTIES INVESTMENT, LLC

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on January 4, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Rick Morin in the filing of this document.

                                                   */s/ Aaron Clefton*
                                                   Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: January 4, 2024

_____
Honorable Joseph C. Spero
U.S. Magistrate Judge